IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MATTHEW WILLIAMSON** : **CIVIL ACTION**
:
v. :
:
**NORTHAMPTON COUNTY PRISON, et al**. : NO. 12-2333

FILED
MAY - 9 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 9th day of May, 2012, upon consideration of plaintiff's pro se civil rights complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff, Matthew Williamson, #14865, shall pay in installments the full filing fee of $350. Based on the financial information provided by plaintiff, an initial partial filing fee of $7.00 is assessed. The Warden or other appropriate official at the Northampton County Correctional Facility or at any other prison at which plaintiff may be incarcerated is directed to deduct $7.00 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 12-2333. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the Northampton County Correctional Facility or at any prison at which plaintiff may be incarcerated, shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than

20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 12-2333.

   3. Plaintiff's complaint is DISMISSED without prejudice for the reasons discussed in the Court's accompanying Memorandum.  Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order.  Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

   4. Plaintiff's motion for appointment of counsel is DENIED without prejudice.

   5. The Clerk of Court is directed to send a copy of this order to the Warden of the Northampton County Correctional Facility.

   6. This case shall be marked CLOSED for statistical purposes.

         BY THE COURT:

         _____
         MITCHELL S. GOLDBERG, J.