IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW WILLIAMSON** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **NORTHAMPTON COUNTY PRISON, et al.** | : | NO. 12-2333 |

## O R D E R

AND NOW, this 10th day of July, 2012, upon consideration of plaintiff's "Motion of Filing an Amended Complaint" and his pro se amended complaint, it is hereby ORDERED that:

    1.   Plaintiff's "Motion of Filing an Amended Complaint" (Document No. 5), which the Court has construed as a motion for leave to file an amended complaint, is GRANTED.

    2.   Plaintiff's amended complaint (Document No. 6) is DISMISSED with prejudice for the reasons stated in this Court's Memorandum.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.